■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH DAVIS, Appellant. [628 NYS2d 742] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered August 17, 1993, convicting her of assault in the second degree (two counts), upon a jury verdict, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDOLPH DAVIS, Appellant. [628 NYS2d 551] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered October 11, 1994, convicting him of attempted forgery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386

US 738; *People v Paige,* 54 AD2d 631; cf., *People v Gonzalez,* 47 NY2d 606). Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.